```
 1  JOSEPH T. MCNALLY
    Acting United States Attorney
 2  DAVID M. HARRIS
 3  Assistant United States Attorney
    Chief, Civil Division
 4  CEDINA M. KIM
 5  Assistant United States Attorney
    Senior Trial Attorney, Civil Division
 6  LYNN HARADA, CA 267616
 7  Special Assistant United States Attorney
    Office of the General Counsel
 8  Social Security Administration
 9  6401 Security Boulevard
    Baltimore, MD 21235
10  Telephone: 510-970-4820
11  lynn.harada@ssa.gov
12
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY ALLEN ROBBINS,<br>　　　Plaintiff,<br>vs.<br>LELAND DUDEK,<br>Acting Commissioner of Social Security,<br>　　　Defendant. | Case No. 5:24-cv-02172-SP<br><br>JUDGMENT OF REMAND |

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: February 24, 2025

　　　　　　　　　　　　　　　　　　HON. SHERI PYM
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE